Gov't.

(RPG)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-246-M |
| ) | |
| REMIGIO CAMACHO, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

| | |
|---|---|
| \_\_\_\_\_ | Crime of violence (18 U.S.C. § 3156) |
| \_\_X\_\_ | Maximum sentence life imprisonment or death |
| \_\_X\_\_ | 10+ year drug offense |
| \_\_\_\_\_ | Felony, with two prior convictions in above categories |
| \_\_\_\_\_ | Minor victim |
| \_\_X\_\_ | Possession/ use of firearm, destructive device or other dangerous weapon |
| \_\_\_\_\_ | Failure to register under 18 U.S.C. § 2250 |
| \_\_X\_\_ | Serious risk defendant will flee |
| \_\_\_\_\_ | Serious risk obstruction of justice |

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   __X__   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

   ____   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ____   At first appearance

   __X__   After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __3__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   ____   1. At the time the offense was committed the defendant was:

   ____   (a) on release pending trial for a felony;

   ____   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   ____   (c) on probation or parole for an offense.

   ____   2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   __X__   3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____

DATED this ___12th___ day of ___December_____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney