AO 442(Rev. 12/85) Warrant for Arrest

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

REMIGIO CAMACHO

# WARRANT FOR ARREST

CASE NUMBER: 07-246-M

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Remigio Camacho__ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __18__ United States Code, Section (s) __924(c)(1)__

in violation of Title __21__ United States Code, Section (s)  __841(a)(1) and 841(b)(1)(B)(viii)__
__841(a)(1) and 841(b)(1)(D)__
__841 (a)(1) and 841 (b)(1)(A)(viii)__
__841 (a)(1) and 841 (b)(1)(B)(viii)__
__841 (a)(1) and (b)(1)(D)__

Honorable Mary Pat Thynge / Leonard P. Stark
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

December 12, 2007   Wilmington, DE
Date and Location

**Bail fixed at $** _____

by Leonard P. Stark U.S. Magistrate
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __844 King St Wilm DE 19801__

| DATE RECEIVED 12-12-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-12-07 | William David, DUSM | William David |